UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00113 |
| | ) | JUDGE CAMPBELL |
| WILLIAM LESLIE BATTLE | ) | |

ORDER

Pending before the Court is a Motion to Allow Entering a Plea at Status Conference (Docket No. 41). The Motion is GRANTED.

The Court will hold a change of plea hearing on October 22, 2012 at 12:00 p.m. Any proposed plea agreement shall be submitted to the Court by October 19, 2012.

It is so ORDERED.

                                                  /s/ Todd Campbell
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE