UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00113 |
| | ) | JUDGE CAMPBELL |
| WILLIAM BATTLE | ) | |

ORDER

Pending before the Court is a "Motion To Appeal Case No. 3:11-0013" (Docket No. 61), filed by the Defendant, *pro se*. Through the Motion, the Defendant seeks to reinstate his appeal before the Sixth Circuit Court of Appeals.

Since the relief requested by the Defendant appears to be directed to the Sixth Circuit, the Clerk is directed to forward this Motion to the Court of Appeals for consideration.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE